UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OLIN J. BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:05-0367 |
| | ) Judge Echols |
| RHODIA, INC. | ) |
| | ) |
| Defendant. | ) |

### ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiff's Objection (Docket Entry No. 14) to the Magistrate Judge's Report and Recommendation (Docket Entry No. 13) is hereby SUSTAINED;

(2) The Magistrate Judge's Report and Recommendation (Docket Entry No. 13) is hereby REJECTED;

(3) Plaintiff's Motion for Review and Stay of Order (Docket Entry No. 12) is DENIED AS MOOT; and

(4) This case is hereby REMANDED to the General Sessions Court for Humphreys County, Tennessee.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE